UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,                Case No. 6:04-CV-112-ORL-18-DAB

vs.

W.L. WARE ENTERPRISES AND INVESTMENTS,
INC., d/b/a WARE ENTERPRISES AND
INVESTMENTS, INC., WARE ENTERPRISES AND
INVESTMENTS, LLC, AND W.L. WARE
ENTERPRISES AND INVESTMENTS, LLC, AND
WARREN L. WARE,

               Defendants.

---

**ORDER**

After reviewing the Report and Recommendation of Magistrate Judge David A. Baker (Doc. 143, filed June 29, 2009), and the Receiver's Final Accounting and Agreed Omnibus Motion for Authorization to: (i) Make Final Distribution to Creditors; (ii) Pay the Receiver's Fees and his Attorneys' Fees and Costs to Akerman Senterfitt; (iii) Pay Accountants' Fees to Rachlin LLP; (iv) Retain Unclaimed Funds; (v) Destroy Documents and Pay Costs for Same; (vi) Close Receivership Estate; and (vii) Discharge Receiver (Doc. 134 filed on May 5, 2009), the Court has come to the following conclusion:

    1.    The Report and Recommendation is **ADOPTED** in full.

2. The Receiver is permitted to pay Akerman Senterfitt in the amount of $28,727.79 and for actual costs and fees accrued thereafter to close the receivership estates, not to exceed $15,000.00.

3. The Receiver is permitted to pay Rachlin, LLP in the amount of $17,014.00.

4. The Receiver is to re-absorb into the receivership estates unclaimed claim distributions of $12,653.51 and any future unclaimed distributions for the benefit of the receivership estates.

5. The Receiver shall make a final pro rata distribution to creditors in the approximate amount of $529,000.00.

6. The Receiver shall destroy the documents in his possession on or before December 31, 2009, and pay the costs of such from the $15,000 referred to in paragraph 2 above.

7. The Receiver shall close the receivership estates.

8. The Receiver is hereby discharged from any further responsibilities, duties, or activities in this matter upon closing the receivership estates.

9. The Clerk of the Court is directed to CLOSE the case.

**DONE and ORDERED** in Orlando, Florida on this ____ day of July, 2009.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties